■ JACK SILVERMAN et al., Respondents, v TARTAN OIL CORP., Appellant. [643 NYS2d 416] 

Contrary to the defendant's contention, termination of the lease was not the plaintiffs' exclusive remedy for the defendant's failure to pay rent (see, Terminal Cent. v Modell & Co., 212 AD2d 213).

The plaintiffs' contention that this Court should *sua sponte* grant their cross motion is without merit. Bracken, J. P., O'Brien, Joy and Florio, JJ., concur.